

FILED by CF D.C.

ELECTRONIC

Nov 30, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 12-20892-CR-LENARD/O'SULLIVAN
## CASE NO. _____

**18 U.S.C. § 1028(a)(3)**
**18 U.S.C. § 1029(a)(3)**
**18 U.S.C. § 1028A(a)(1)**
**18 U.S.C. § 982(a)(2)(B)**
**18 U.S.C. § 1028(h)**
**18 U.S.C. § 1029(c)(1)(C)**

**UNITED STATES OF AMERICA**

**vs.**

**JEFFERY KENNEDY,**

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 30, 2008, in Miami-Dade County, in the Southern District of Florida,

the defendant,

### JEFFERY KENNEDY,

did knowingly possess with intent to use unlawfully and transfer unlawfully five (5) or more

identification documents not issued lawfully for the use of the defendant, to wit, approximately

one hundred nine (109) Social Security cards, which were and appeared to have been issued by

and under the authority of the United States, in violation of Title 18, United States Code, Section

1028(a)(3) and (c)(1).

## COUNT 2

On or about August 30, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

### JEFFERY KENNEDY,

did knowingly possess with intent to use unlawfully and transfer unlawfully five (5) or more identification documents not issued lawfully for the use of the defendant, to wit, approximately one hundred twenty (120) state driver's licenses, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1028(a)(3) and (c)(3)(A).

## COUNT 3

On or about August 30, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

### JEFFERY KENNEDY,

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, credit and debit cards, said possession affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## COUNTS 4-8

On or about August 30, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant,

### JEFFERY KENNEDY,

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, said conduct affecting interstate and foreign commerce, as charged in Count 3,

2

did knowingly possess and use, without lawful authority, the means of identification of another person, as specified below:

| Count | Person | Means of Identification |
|-------|--------|-------------------------|
| 4 | T.C. | Name, date of birth, and Social Security number. |
| 5 | V.F. | Name, date of birth, and Social Security number. |
| 6 | K.G. | Name, date of birth, and Social Security number. |
| 7 | M.L. | Name, date of birth, and Social Security number. |
| 8 | O.M. | Name, date of birth, and Social Security number. |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## CRIMINAL FORFEITURE ALLEGATION

1.      The allegations in Counts 1 through 3 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JEFFREY KENNEDY**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1028(a)(3), as alleged in Counts 1 and 2 of this Indictment, the defendant, **JEFFREY KENNEDY**, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B), and all illicit authentication features, identification documents, document-making implements, or means of identification, pursuant to Title 18, United States Code, Section 1028(h).

3.      Upon conviction of a violation of Title 18, United States Code, Section 1029(a)(3), as alleged in Count 3 of this Indictment, the defendant, **JEFFREY KENNEDY**,

3

shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B), and any personal property used or intended to be used to commit the violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

4.      The property which is subject to forfeiture includes, but is not limited to, the following:

(i)      approximately 139 driver's licenses and other photo identification cards;

(ii)     approximately 109 Social Security cards; and

(iii)    approximately 313 credit, debit, and gift cards.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 982(b)(1), 1028(g), 1028(h), 1029(c)(1)(C), and 1029(c)(2), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BENJAMIN C. COATS
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JEFFERY KENNEDY,

                    Defendant.

CASE NO.

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

| | | | |
|---|---|---|---|
| X Miami | ____ Key West | | |
| ____ FTL | ____ WPB | ____ FTP | |

New Defendant(s)            Yes _____    No _____
Number of New Defendants    _____
Total number of counts      _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)        No
    List language and/or dialect    _____

4.  This case will take    2-3    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                                      (Check only one)

    | | | | |
    |---|---|---|---|
    | I | 0 to 5 days | X | |
    | II | 6 to 10 days | | |
    | III | 11 to 20 days | | |
    | IV | 21 to 60 days | | |
    | V | 61 days and over | | |

    | | |
    |---|---|
    | Petty | _____ |
    | Minor | _____ |
    | Misdem. | _____ |
    | Felony | X |

6.  Has this case been previously filed in this District Court? (Yes or No)    No
    If yes:
    Judge: _____        Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No
    If yes:
    Magistrate Case No.    _____
    Related Miscellaneous numbers:    _____
    Defendant(s) in federal custody as of    _____
    Defendant(s) in state custody as of    _____
    Rule 20 from the _____    District of _____

    Is this a potential death penalty case? (Yes or No)    _____

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    X    No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    X    No

BENJAMIN C. COATS
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501785

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JEFFERY KENNEDY

**Case No:**

Count #: 1-2

Possession of Five or More Identification Documents

Title 18, United States Code, Section 1028(a)(3)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 4-8

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment - Consecutive to any other sentence

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**